UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

(AMEND)

FILED FEB 23 2010

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re: Michael Lavon Spriggs

Case No. 09-71618 RN 13

**Chapter 13 Plan**

Debtor(s).

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) will pay to the Trustee the sum of $ 677.12 each month for 60 months. Unless all allowed claims are paid in full, this Plan shall not be completed in fewer than 36 months from the first payment date. Debtor(s) elect a voluntary wage order. _____.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507 (a)(1) in deferred payments.
   (b) On allowed secured claims, which shall be treated and valued as follows:

| Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Minimum Monthly Payments (If specified) | Interest Rate (If Specified) |
|---|---|---|---|---|
| US BANK HOME MORTGAGE 1801 FREDERICA ST. OWENSBORO, KY 40301 | $388,013.99 | $29,561.76 | $2463.48 | 3.4% |

[The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the monthly installments and the interest rates shown above. If the monthly payment is not specified, secured creditors will share pro rata. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. Secured creditors will retain their liens until their allowed secured claims have been paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of paragraph 2(d).]

   (c) On allowed priority unsecured claims in the order prescribed by 11 USC § 507.
   (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid 3 %.

3. The following executory contracts are rejected. The debtor(s) waive the protections of the automatic stay provided in 11 U.S.C. § 362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

| Name | Monthly Payment | Name | Monthly Payment |
|---|---|---|---|
| US BANK HOME MORTGAGE | $677.12 | | |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The debtor(s) elect to have property of the estate revest in the debtor(s) upon plan confirmation. Once the property revests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):

Dated: 2-19-2010    _Michael Spriggs_ (Debtor)    _____ (Debtor)


(AMEND)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Please Print Your Name
In re:

**MICHAEL LAVON SPRIGGS**

Debtor(s).

Case No: 09-71618-RN13
Chapter 13

## STATEMENT BY DEBTOR NOT REPRESENTED BY AN ATTORNEY

(All debtors who are not represented by bankruptcy counsel must check the appropriate box and provide all information requested.)

1. How did you get the bankruptcy forms? **ONLINE**
   If from the Internet, what is the web address? **WWW.CANB.USCOURTS.GOV**

2. How did you decide what exemptions to list on your Schedule C? **I DIDN'T KNOW. I JUST WENT BY MY EXAMPLE.**

3. What individual, business or internet site ("Preparer") helped you decide to file bankruptcy OR prepare your bankruptcy papers? **NONE**
   Name: ___
   Address: ___
   City, State & Zip Code: ___
   Telephone Number: ___
   E-mail address: ___    Website: ___

4. How did you find this preparer? **N/A**

5. How much did you pay the preparer? $ **0**  ☐ cash  ☐ check  ☐ money order  ☐ Other:

6. Did you also pay an attorney who worked with the preparer? If yes, how much? $ **NO**
   ☐ cash  ☐ check  ☐ money order  ☐ Other: ___
   What was the attorney's name? ___

7. In addition to the payments in 5 and 6, did you make any other payments? ☐ Yes ☒ No  If yes,
   how much? $___  ☐ cash  ☐ check  ☐ money order  ☐ Other: ___
   To whom? ___  What for? (e.g., court filing fees) ___

8. The preparer helped me by doing the following: (Check all that apply)
   ☐ Calling creditors on my behalf.
   ☐ Typing my bankruptcy papers.
   ☐ Advising me whether to file for bankruptcy.
   ☐ Advising me what information to put in my bankruptcy papers.
   ☐ Advising me what exemptions to put in my Schedule C.
   ☐ Advising me how to answer questions at meetings or hearings.
   ☒ Other: **NONE**

9. Did the preparer instruct you to state that you had not been helped?  ☐ Yes ☒ No

10. The preparer ☐ did ☒ did not give me a copy of my bankruptcy papers when OR before I signed them.

11. Where and when can you be reached if necessary?
    Tel. No.: **(510) 595-5313**; best time: **LEAVE MSG**    Tel. No.: **(510) 748-2247**; best time: **8:30A - 1:30P BETWEEN**

I declare under penalty of perjury that the foregoing is true and correct.

Date **2-12-10** Debtor **Michael Spriggs**    Date ___ Co-Debtor ___

Case: 09-71618   Doc# 18   Filed: 02/23/10   Entered: 02/24/10 10:17:10   Page 2 of 2