
(AMEND)

February 19, 2010

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr. #200
Hayward, CA 94545-1541
510-266-5580

Attn: Ms Valdez

Chapter 13, Case # 09-71618 RN 13

I Michael Lavon Spriggs am requesting to amend for a rescheduling of my court date on 2/25/2010 due to I still trying to find legal representation. Also I am still trying to come up with the payments I have to make with your office. I have just started a new job and I haven't received my first paycheck from the new job. I want to pay on time. This is new for me because I never have been threw this scary ordeal before.

I am hoping and praying that I can receive the extension on my court date on 2/25/2010 so I can try to get some legal help to help me in this situation. I spoke with my caseworker about this matter Ms Valdez (sweet woman). She suggested that I send in this request.

If you have any questions, please leave a message at 510-595-5313 or call me at my work 510-748-2248.

Thank You,

*Michael Spriggs*

Michael Lavon Spriggs

Case: 09-71618   Doc# 19   Filed: 02/23/10   Entered: 02/24/10 10:22:58   Page 1 of 1