Entered on Docket
March 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 02, 2010

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580
13trustee@oak13.com

TRUSTEE FOR DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

   Michael Lavon Spriggs

               debtor(s)

Chapter 13 Case No. 09-71618-RN
13

**ORDER REGARDING FAILURE OF DEBTOR(S)
TO APPEAR AT MEETING OF CREDITORS**

According to the Trustee's records, the debtor(s) in this Chapter 13 Case has/have failed to appear at the first meeting of creditors as required by 11 U.S.C. Section 341(a). A continued meeting of creditors shall be held on

Date:   March 18, 2010
Time:   1:00 pm
Location:   Office of the United States Trustee
             1301 Clay Street Suite 680N
             Oakland, CA 94612

Debtor(s) are hereby ordered to appear at this meeting.

Pursuant to 11 U.S.C Sections 105(a) and 1307(c), this case will be dismissed without further notice or hearing if the debtor(s) fails to attend the continued meeting of creditors and/or if the Chapter 13 Plan payments are not current.

END OF ORDER

| Court Service List |
|---|

Michael Lavon Spriggs          Pro Per
5878 Beaudry St
Emeryville, CA  94608          (Counsel for Debtor)

(Debtor(s))