

Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

Signed: March 29, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re
Michael Lavon Spriggs

Debtors(s)

Chapter 13 Case Number:
09-71618-RN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION OF PLAN**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the above entitled Chapter 13 Case is DISMISSED PRIOR TO CONFIRMATION of the plan.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

| | |
|---|---|
| Michael Lavon Spriggs | Pro Per |
| 5878 Beaudry St | |
| Emeryville, CA 94608 | (Counsel for Debtor) |
| (Debtor(s)) | |

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY  42301
(Creditor)

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY  42301
(Creditor)

Wells Fargo Bank, N.A.
C/O Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA  50306
(Creditor)